IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLENE CREAR**                                                   **PLAINTIFF**

**v.**                                             **CAUSE NO. 1:12CV8-LG-JMR**

**GREGORY HORN, M.D., doing business
as Mississippi Coast OB/GYN, P.A., doing
business as St. Martin's Women's Clinic, P.A.**            **DEFENDANT**

## JUDGMENT ON A JURY VERDICT

This action was tried by a jury with Chief United States District Judge Louis Guirola, Jr., presiding, and the jury has returned a verdict.

It is ordered that the plaintiff, Charlene Crear, recover nothing, the action be dismissed on the merits, and the defendant, Gregory Horn, M.D., recover costs from the plaintiff, Charlene Crear.

**SO ORDERED AND ADJUDGED** this the 22nd day of March, 2013.

                                                  s/ *Louis Guirola, Jr.*
                                                  LOUIS GUIROLA, JR.
                                                  CHIEF U.S. DISTRICT JUDGE