IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT



No. 13-60352

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2014

Lyle W. Cayce
Clerk

D.C. Docket No. 1:12-CV-8

CHARLENE CREAR,

    Plaintiff - Appellant

v.

GREGORY HORN, Medical Doctor, doing business as Gregory W. Horn, doing business as Mississippi Coast OB/GYN, P.A., doing business as St. Martin's Woman's Clinic, P.A.,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before STEWART, Chief Judge, and WIENER and COSTA, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: 1 0 SEP 2014

A True Copy
Attest         1 0 SEP 2014

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
        Deputy

New Orleans, Louisiana